THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Joshua O. Mikell,       
 Appellant.
 
 
 

Appeal From Bamberg County
James R. Barber, Circuit Court Judge

Unpublished Opinion No.
2005-UP-435
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry D.
 McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General Donald J. Zelenka, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Joshua
Mikell was indicted on and convicted of murder, attempted armed robbery,
possession of a weapon during the commission of a violent crime, and criminal
conspiracy.  The trial court sentenced Mikell to forty-five years
imprisonment for murder, five years imprisonment for possession of a weapon
during the commission of a violent crime, twenty years imprisonment for
attempted robbery, and five years imprisonment for criminal conspiracy. 
After a thorough review of the record pursuant to Anders v. California,
386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
(1991), we dismiss[1] the appeal and
grant counsels petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.